UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**HONORABLE DANIEL R. DOMINGUEZ, U.S. DISTRICT JUDGE**

| | |
|---|---|
| COURTROOM DEPUTY: Ana M. Romero | Date: July 20, 2021 |
| COURT REPORTER: Lisa O'Brien | Cases: 11-CR-241-093 (DRD) |
| COURT INTERPRETER: Lisa Solis | |
| U.S. PROBATION OFFICER: Mariela Fernandez | |

| | Attorneys: |
|---|---|
| UNITED STATES OF AMERICA | AUSA Maria Montanez |
| v. | |
| EMILIO MALDONADO-GOMEZ | AFPD Victor p. Miranda |

==========================================================================

**CASE CALLED FOR REVOCATION OF SUPERVISED RELEASE HEARING.**

Defendant present, on supervised release and assisted by the official court interpreter. The defendant waived his right to appear physically for this proceeding and agreed to proceed with the hearing via VTC. AFPD Ramos informed that defendant will not contest the allegations contained in the motion filed by U.S. Probation Office.

After having heard the parties, the Court has chosen not to revoke the supervised release term imposed on May 29, 2019. Instead, Mr. Maldonado-Gomez' conditions of release will be modified as follows:

1. The defendant shall remain under curfew at his residence from 7:00 p.m. to 7:00 a.m. for a period of three (3) months. During this time, he shall remain in his residence, except for employment or other activities approved in advance by the

probation officer. He shall wear an electronic device 24 hours a day and shall observe the rules specified by the probation officer. The probation officer may have the discretion to modify the curfew hours if needed. Different location monitoring technologies are available and/or may become available under this program during the term of Supervision, those are to be selected by the Probation Officer in adherence to broad operational considerations for purposes of mitigating offender risks, providing supervision structure, and detecting various patterns of behavior. The defendant shall pay for the electronic monitoring equipment at the prevailing rate in effect during the term of monitoring or in accordance with his ability to pay.

      2.   The defendant shall participate in an approved mental health treatment program for evaluation and/or treatment services determination. If deemed necessary, the treatment will be arranged by the officer in consultation with the treatment provider; the modality, duration, and intensity of treatment will be based on the risks and needs identified. The defendant will contribute to the costs of services rendered by means of co-payment, based on his/her ability to pay or the availability of third-party payment.

                                              *s/ Ana M. Romero*
                                              Ana M. Romero
                                              Courtroom Deputy Clerk